**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| BYJU'S ALPHA, INC., | Chapter 11 |
| Debtor. | Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC., | Adv. Pro. Case No. 25-50526 (BLS) |
| Plaintiffs, | |
| v. | |
| BYJU RAVEENDRAN, DIVYA GOKULNATH, and ANITA KISHORE, | |
| Defendants. | |

## <u>NOTICE OF APPEAL OF DEFENDANT BYJU RAVEENDRAN</u>

**PLEASE TAKE NOTICE** that Defendant Byju Raveendran by and through his undersigned counsel, hereby appeals to the United States District Court for the District of Delaware Pursuant to 28 U.S.C. §§158(a) and 158(c)(2) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the (i) *Amended Opinion Granting Plaintiffs' Motion for Default Against Byju Raveendran* [Adv. D.I. 167] entered on December 8, 2025, (the "Amended Opinion" attached hereto as **Exhibit A**, revision of the original opinion filed at [Adv. D.I. 143]), (ii) the *Memorandum Order Denying Defendant Byju Raveendran's Motions to Strike, to File a Reply, and for Discovery* [Adv. D.I. 203] entered March 19, 2026 (the "Memorandum," attached hereto as **Exhibit B**), and the *Judgment Order* [Adv. D.I. 204] entered March 19, 2026 ("Judgment" attached hereto as **Exhibit C**) including, without limitation, all interlocutory decrees, decisions, opinions, orders and rulings that have been merged into or form part of the above Amended Opinion, Memorandum and Judgment, and any and all orders, judgments,

1

decrees, decisions, rulings, opinions and filings that may subsequently be entered relating to or concerning the Amended Opinion, Memorandum and Judgment, including, without limitation, with regard to whether (i) Defendant Byju is subject to the Court's jurisdiction, (ii) service on Defendant Byju was proper, (iii) whether the Court erred in ordering default against Defendant Byju in relation to the Order for Limited Expedited Discovery, (iv) whether the Court erred in denying Defendant Byju's discovery requests concerning damages and ordering damages in favor of Plaintiffs without discovery as to damages, (v) whether Defendant Byju is liable to Plaintiffs, and (v) whether Plaintiffs suffered any damages as a result.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Amended Opinion, Memorandum and Judgment and the names, addresses, and telephone numbers of their attorneys are as follows:

| **PARTY** | **ATTORNEYS** |
|---|---|
| BYJU's Alpha, Inc., Plaintiff | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>Robert S. Brady (Del. No. 2847)<br>Kenneth J. Enos (Del. No. 4544)<br>Jared W. Kochenash (Del. No. 6557)<br>Timothy R. Powell (Del. No. 6894)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>rbrady@ycst.com<br>kenos@ycst.com<br>jkochenash@ycst.com<br>tpowell@ycst.com<br><br>and<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Benjamin Finestone (admitted *pro hac vice*)<br>Kate Scherling (admitted *pro hac vice*) |

| | |
|---|---|
| | Jordan Nakdimon (admitted *pro hac vice*)<br>295 Fifth Ave.<br>New York, New York 10016<br>Tel.: (212) 849 7000<br>benjaminfinestone@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>jordannakdimon@quinnemanuel.com |
| GLAS Trust Company LLC, Intervenor | PACHULSKI STANG ZIEHL & JONES LLP<br><br>Laura Davis Jones (DE Bar No. 2436)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>pkeane@pszjlaw.com<br><br>and<br><br>REED SMITH LLP<br>David A. Pisciotta (admitted *pro hac vice*)<br>Nicholas B. Vislocky (admitted *pro hac vice*)<br>599 Lexington Avenue, 22nd Floor<br>New York, New York 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>Email: dpisciotta@reedsmith.com<br>nvislocky@reedsmith.com<br><br>and<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>Richard U.S. Howell, P.C. (admitted *pro hac vice*)<br>Ravi Subramanian Shankar (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000 |

3

| | |
|---|---|
| | Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>rhowell@kirkland.com<br>ravi.shankar@kirkland.com<br><br>-and-<br><br>Brian Schartz, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: brian.schartz@kirkland.com |
| Byju Raveendran | O'KELLY & O'ROURKE, LLC<br><br>Daniel P. Hagelberg, Esq. (No. 6813)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>(302) 778-4000<br>dhagelberg@okorlaw.com<br><br>and<br><br>DRAPER & DRAPER LLC<br><br>Matthew E. Draper (pro hac vice)<br>100 Park Avenue, Suite 1600<br>New York, New York 10017<br>(347) 442-7788<br>matthew.draper@draperllc.com |
| Divya Gokulnath | O'KELLY & O'ROURKE, LLC<br><br>Daniel P. Hagelberg, Esq. (No. 6813)<br>824 N. Market Street, Suite 1001A<br>Wilmington, DE 19801<br>(302) 778-4000<br>dhagelberg@okorlaw.com<br><br>and<br><br>DRAPER & DRAPER LLC<br><br>Matthew E. Draper (pro hac vice) |

|  | 100 Park Avenue, Suite 1600<br>New York, New York 10017<br>(347) 442-7788<br>matthew.draper@draperllc.com |
|---|---|
| Anita Kishore | POTTER ANDERSON COROON LLP<br><br>John A. Sensing (No. 5232)<br>James R. Risener III (No. 7334)<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jsensing@potteranderson.com<br>jrisener@potteranderson.com |

**Dated: April 2, 2026**          **O'KELLY & O'ROURKE, LLC**

/s/ Daniel P. Hagelberg
Daniel P. Hagelberg, Esq. (No. 6813)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
(302) 778-4000
dhagelberg@okorlaw.com

**DRAPER & DRAPER LLC**

/s/ Matthew E. Draper
Matthew E. Draper (*pro hac vice*)
100 Park Avenue, Suite 1600
New York, New York 10017
(347) 442-7788
matthew.draper@draperllc.com

*Counsel for Defendant*
*Byju Raveendran*