UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

### APPEAL TRANSMITTAL SHEET

**Case Number:**  25-50526          BK ◯   AP ⦿

If AP, related BK case number:  24-10140

**Title of Order Appealed:**   1. Amended Opinion Granting Plaintiffs' Motion for Default Against Byju Raveendran 2. Memorandum Order Denying Defendant Byju Raveendran's Motion to Strike, To File a Reply, and for Discovery 3. Judgment Order

**Docket #:**  167,203,204          **Date Entered:**  12/8/25, 3/19/26, 3/19/26

Item Transmitted:

[Z]  **Notice of Appeal**          **Docket #:**  207          **Date Filed:**  4/2/26

☐  **Amended Notice of Appeal**          **Docket #:**          **Date Filed:**

☐  **Cross Appeal**          **Docket #:**          **Date Filed:**

☐  **Motion for Leave to Appeal**          **Docket #:**          **Date Filed:**

☐  **Request for Certification of Direct Appeal  Docket #:**          **Date Filed:**

| **Appellant/Cross Appellant:** | **Appellee/Cross Appellee** |
|---|---|
| Byju Raveendran (Defendant) | Byju Alpha, Inc. (Plaintiff) |
| | GLAS Trust Company LLC (Intervenor) |

| **Counsel for Appellant/Cross Appellant:** | **Counsel for Appellee/Cross Appellee:** |
|---|---|
| Daniel P. Hagelberg | Robert S. Brady |
| 824 N. Market St, Suite 1001A | Kenneth J. Enos |
| Wilmington, DE  19801 | 1000 N. King St |
| (additional attorneys listed on appeal) | Wilmington, DE  19801 |
| | (additional attorneys listed on appeal) |

**Filing fee paid?**          Yes ⦿          No ◯

**IFP application filed by applicant?**          Yes ◯          No ⦿

**Have additional appeals of the same order been filed?**          Yes ◯          No ⦿

**\*If Yes, has District Court assigned a Civil Action Number?**          Yes          No

**Civil Action Number:**

*(continued on next page)*

**Notes:**

**Attorneys for GLAS Trust Company LLC:**

**Laura Davis Jones**

**Peter J. Keane**

**919 N. Market St, 17th Floor**

**Wilmington, DE  19801**

**(additional attorneys listed on appeal)**

*I hereby certify that all designated items are available electronically through CM/ECF.*

/s/ Kimberly Ross

**Date:  4/6/2026**          **by:** _____

                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   26-17