IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: BYJUs Alpha, Inc.

| | | |
|---|---|---|
| Byju Raveendran, | ) | |
| | ) | |
| | ) | Civil Action No. 26-cv-00375-UNA |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BYJUs Alpha, Inc et al, | ) | Bankruptcy Case No.  24-10140 (BLS) |
| | ) | Bankruptcy Adv. No. 25-50526 (BLS) |
| Appellees. | ) | Bankruptcy BAP No.  26-17 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Orders of the Bankruptcy Court dated 12/08/2025 and 03/19/2026 was docketed in the District Court on 04/06/2026:

## AMENDED OPINION GRANTING PLAINTIFFS' MOTION FOR DEFAULT AGAINST BYJU RAVEENDRAN

## MEMORANDUM ORDER DENYING DEFENDANT BYJU RAVEENDRAN'S MOTIONS TO STRIKE, TO FILE A REPLY, AND FOR DISCOVERY

## JUDGMENT ORDER

In accordance with the Standing Order of the Court dated July 19, 2023, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation.  Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

Randall Lohan
Clerk of Court

Date: 04/06/2026
CC.    U.S. Bankruptcy Court
        Counsel via CM/ECF